UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBINSON, | 1:05-cv-01614-LJO-DLB-P |
| Plaintiff, | **ORDER VACATING FINDINGS AND RECOMMENDATIONS** (Doc. 10) |
| vs. | |
| JOHN DOE, et al., | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME** |
| Defendants. | |

Plaintiff, William Robinson ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On March 1, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On March 19, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations. In the objections,

1

1  plaintiff's indicates that he was in the hospital and unable to
2  comply with the Court's Order.  Plaintiff requests an additional
3  30 days to comply with the Court's March 31, 2006 Order.
4      Good cause appearing, the Findings and Recommendations filed
5  March 1, 2007 are HEREBY VACATED.  Plaintiff is granted 30 days
6  from the date of this Order to comply with the Court's March 31,
7  2006 Order to file an amended complaint.  Failure to file an
8  amended complaint will result in dismissal of this action.
9      IT IS SO ORDERED.
10     Dated:   **April 25, 2007**              **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE